IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR294** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **GLENN E. WAGNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before this court is the defendant's motion to reduce sentence pursuant to the crack cocaine Amendment 706 (Filing No. 199).

Accordingly,

IT IS ORDERED that:

1. A hearing is scheduled for August 11, 2008, at 9:30 a.m., in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, before the undersigned;

2. The defendant may participate by telephone in the hearing. Defense counsel shall provide the undersigned with the defendant's telephone number at least 24 hours in advance of the hearing if the defendant wishes to participate; and

3. The Marshal is directed not to return the defendant to the district.

DATED this 8th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge